



## MEMORANDUM OPINION

No. 04-11-00714-CV

Robert I. **KAHN**, Individually
and d/b/a Robert Kahn Attorney at Law,
Appellants

v.

**WELLS FARGO BANK, N.A.**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2007-CI-07749
Honorable Antonia Arteaga, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Justice
              Phylis J. Speedlin, Justice
              Rebecca Simmons, Justice

Delivered and Filed:  December 7, 2011

DISMISSED

The appellants have filed an unopposed motion to dismiss this appeal. We grant the

motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

PER CURIAM